**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00013-REB-NYW

SHANITA TAYLOR, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Notice of Voluntary Dismissal of Action** [#21],[1] filed April 8, 2015.  After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Voluntary Dismissal of Action** [#21], filed April 8, 2015, is approved;

    2.  That all pending pretrial deadlines are vacated;

    3.  That the scheduling conference set May 13, 2015, is vacated;

    4.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

    Dated April 8, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.